**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 1 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Yussuf Abdikhadir Hussein , Plaintiff

v.

THE STATE OF THE PEOPLE OF ,

COLORADO ,

Mark Burton ,

Peter Hedeen , Defendant(s).

**Jury Trial requested:**
(please check one)
X Yes ____ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Yussuf A Hussein, 0000833089 Po. Box 1108 Denver CO 80201

(Name, prisoner identification number, and complete mailing address)

N/A

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
__X__ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
__X__ Other: (*Please explain*) Detained at Denver Downtown Detention Center

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    The State of colorado / The People of the State of colorado.

(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __X__ Yes ____ No (*check one*). Briefly explain:

Im illegally incarcerated in the City Jail DDC, its Habeas Corpus.

Defendant 1 is being sued in his/her ____ individual and/or __X__ official capacity.

**Defendant 2:** Mark Burton. Attorney at Law. 1175 Osage st
(Name, job title, and complete mailing address)
Suite 210 Denver colorado 80204

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

i'm an inmate at DDC, and mark Burton was
my attorney / council appointed to my cases

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

**Defendant 3:** Peter Hedeen. Attorney at Law. 2373 central Park
(Name, job title, and complete mailing address)
Blvd suite 100 Denver co 80238

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Peter Hedeen is my current attorney appointed
to my case by the court.

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_    State/Local Official (42 U.S.C. § 1983)

___    Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___    Other: (*please identify*) _____

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Illegal Detainment / Habeas Corpus

Claim one is asserted against these Defendant(s): The state of colorado / The people of
the state of colorado,  mark
Burton,  Peter Hedeen

Supporting facts:  im an inmate locked up at DDC, I have been locked up since the year 2020 october 1st. I have had my Puliminary hearing on march 31st 2021 and I have been awaiting trial since then. Under the United States of America's constitution, im entitled and its my right to have a speedy trial. the Laws that govern this is that speedy trial is supposed to be in a 6 months period. no further no less. I had my (a) Public defender at the time named John Gialligan who raised competency Evaluation for the Purpose being, He has found out that I was a person with mental disabilities from my Past records and therefore suggested that I had to go through Evaluations for defense Purposes that made or delayed my speedy trial. Nevertheless after I went through the exams Evaluations. ① competency examinations by Kim muller Psy D on 10-29 2020

"see additional Pages)

4

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

The time that I have served as of now, for both of these cases 20cr3963 and 20cr5764 is that of 4 years straight and 9 months flat. In terms of translation for counting these time is 7-8 month on a year which will calculate to approximately 9 years!. In the letter I wrote to the district court Judge Danyl shockely which is included in this Lawsuit, I explained to him that I went to collage. Even though I didn't graduate becouse of Financial aid difficulties, I aspire to be or to become and open my own bussiness/ Company in "Renewable Energy" called "Gracious Energy" = see attached =

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Yussuf A Hussein
(Plaintiff's signature)

03/30/2025
(Date)

(Revised November 2022)

"D STATEMENT OF CLAIMS." Page 1

② Competency Evaluation by Jackie Grimmett, Psy D on 01-31-21

③ Order for Evaluation of In-custody defendant for 20cr3963, and 20cr5764 on 06-17-2021

④ Direct Evaluation of mr Hussein via video conference at the Colorado mental Health Institute at fort Logan for approximately 3 hours and 25 minutes on 10-26-2021

⑤ Direct Evaluation of mr Hussein via video conference at Colorado mental Health Institute at fort Logan for a total of approximately 48 minutes on 11-27-21. I had a conflict of Interest with my Public defender at the time ie Ineffective Assistance of council so when I went to court I informed the Judge about the issue and he sent us to a different courtroom with a different Judge to have a burgulary hearing. After this the court appointed me a different council/attorney named mark Burton. The new attorney that was assigned to my defense didnt show up to court nor did he come to see me before my court date. A month passed by or so and again he didnt come see me in person before my 2nd court date. A month After he has been assigned to my case, so I told the Judge about the situation when I went to court, remind you that I have been locked up since 2020 october 1st and its now 2022, I have been wanting and awaiting for my trial/speedy trial to begin because the Law is and says youre innocent until proven guilty. and I've been wanting to go to trial for both of my cases. I said to the Judge that a month or so passed without any contact with mark Burton and I felt neglected because of it so I later found out or got told that mark Burton had covid and also his father passed away so on my burgulary hearing I told the Judge Your honor this happened and I have empathy so I will keep him as my attorney. The Judge agreed and my court date was set to move forward. mark Burton didnt suffice me in order to assist/be council or defend me in court                    Page 1

"1) Statement of Claims"                           Page 2

He mislead mislead me and continously kept telling me I should take a offer
despite me wanting to go to trial. A year almost two years passed with him
Just doing whatever he pleased on his own time. On one occasion at the Jail
visit he said to me that "HE Enslaved me" and he made fun of my faith i.e
religion Islam and all I had between me and him as my attorney was
lies and misconceptions he didn't have nor showed determination to fight for
my innocence, My time was wasted and im supposed to have been in trial long a[go]
All I got from him was Ineffective Assistance of councel and I believe that
the state (THE COURT) to be holding me in custody illegally. This is Hab-
- eas corpus and I informed the Judge assigned to my case Barry Shou-
- ely In Privately I have been discriminated by him and I have been neglected an
unexcusable neglect by a government employee. Despite having the information
that was scored from my Evaluations that I have listed above, mark Burto[n]
didn't strategize with me any of those to my defense at the visits. The few times
he came to see me in custody. He never answered my phone calls and didn't akno-
- wledge that Im a mental Health Patient that is diagnosed with PTSD, Trauma
Psychosis and schizophrenia. He tried to mislead me and trap me into
gambling my life away by taking deals /offers Even though im telling him
to set a speedy trial date for my cases and defend me with the discovery &
mental Evaluations that has been provided. He was sour and unbelievably
untrustworthy in terms of my observations about him. He neglected me to be
in Jail and Just got paid for not doing anything Ethically He rudly said to
me about the state Hospital Evaluation all it means is that you're competent
to proceed ① competency is used for different reasons 1st its to see if an
inmate is knowledgable when it comes to the court and Justice system, for example
do you know, the function or who is a Judge, a lawyer, a DA
and so on. 2nd its to see a Person's mental Health. And his/her mental
health state, ---

                                                        Page 2

"1) Statement of Claims"                    Page 3

in my case i was knowledgable of court Proceedings and the resons for competency/mental health Evaluation. So Mark Burton, neglected me as his client, to defend me as it is his duty as a court deputy/government employee. He abused authority and basically did what he wanted when he wanted dangerously and carelessly. So I want him to to be held accountable and responsible for what he did against me was and IS "criminal" and un "Ethical". To mislead someone against their will and make judgments against them based on Education, Religion, and mental disabilities in my case. Lastly to his abusing of authority he raised competency against me to belittle me while I objected, and he did so because he violated my constitutional right to have a speedy trial. This Is the summary with Mark Burton as my attorney. He held me in custody Illegally and against my will and I Want him and the state to be held responsible and accountable for this is illegal detainment of "Habeas corpus"

(2)  Peter Hedeen is my current attorney/councel. Peter Hedeen has been assigned to my case in september 2023, after I spoke with the Judge and informed him that Mark Burton has not done anything zel zealously for my cases. this is the Problem with Peter Hedeen, I have zero to little communications with him since september 2023. He first gave me his cell phone number on his first appearance with me in front of the Honorable Judge Darryl Shockely and said to him to call him and that he will come see me in person to speak with me and support me with my current cases. I have called him multiple times and he never answered a single call I made to him Just as same as I have being calling Mark Burton and never getting an answer. This was a concern to me because Im in custody for the people/state of colorado since 2020 and now its late 2023 wanting to go to trial/fighting for my innocence in the court of Law.

"D statement of claims"                                    Page 4

When Peter Hedeen came to see me in Person, He brought with him 911 Police calls transcript and said to me this was my "r discovery". He was communicating with me in the tactics that seemed to me that he was desiring to incriminate me rather than defend me in court. I was disapointed by this fact, so I gently spoke to him and said I have been here in custody since 2020 october 1st and its late 2023 now, I have been Wanting to go to trial for both of this cases 20cr 3965 and 20cr5764 for its my right to do so IF I chose to. I told him that I have had my Puliminary Hearing in march 31st 2021 and my arraignment after that. By telling him this is my discovery and I want him on board to be able to see things from the same Perespective as I. so I told him to give me a quick second so I can go fetch my folders with my Paperwork in them. I did so Quickly and came back with both my Puliminary hearings and my Mental Evaluations that I did with the colorado Mental Health Institute at fort Logan. I showed those to him in order to get him on board so he can defend me in court. He Peter Hedeen scoffed at me and my Paperwork & said intently this is Just a transcript. (Before, I have came to realize/understand that Puliminarys is very important to have. And im glad that I did'nt waive my rights but as John Galligan asked me to do so) So I told him I will lend you these Papers or and (Puliminary Hearings and the state Hospitals mental Evaluations take it with you and read it at home or at your office and we will go from there.) I did this because Peter Hedeen came to visit me unprepared. my hope was for him to establish an understanding for my cases and immedietly set my speedy trial date and defend me zealously. Peter Hedeen said "You have been here for a long time, these cases are old take a deal and be done with this!" This was a shock to me because I have been Incar- -cerated this long because it was not a choice of mine to stay locked up in Denver county city Jail for (3 years) at the time (2020 - 2023) but, an error from the district court specifically Judge Darryl set Shorkely --

"D statement of claims"

Page 5

for not giving an ear to my needs and Complaints about this cont-
inuances from these attorney's by doing what they want. For
Example Mark Burton said before, im speaking with the DA about
a deal. "vehecular Assault" this is another shock becouse I
explicitly told him im not interested in deals & I want my trial to
happen immediately and What has vehecular Assault got to
do with my situation/cases. This was misleading to me and it
has proven to me that being impoverished, not being able to
pay or afford a lawyer is the price that im paying for being
locked up for four 4 straight years. Becouse these attorney's
did me very wrong and its not logical to me for them to continue
to serve society including and starting with me this way.
moving forward Peter Hedeen didn't work with me and wont for
me. I have provided my Puliminary Hearing / Discovery
to him accompanied by (with) the evaluation I have done
with the state hospital that I had to wait for a long time to
see the doctor / psy "Dr Raskin" with of no use of it to my
defense. I have stated that im a mentaly disabled young Adult
that overcame alot of hurdles and callenges in my life. im glad
that I have taken a route to better myself and Educate myself
about my mental health and opening up about mental health
was a challenging thing but it opened up doors of hope for
me. Now I have wrote to the Judge Darryl shockley
and let him know that these attorney's discriminate /
discriminated against me - - -

page 5

"D statement of claims"    Page 6

and im able to work with them and understand them but they are not suing me. Instead they are like Proffesional thiefs that want and suggest to me to gamble my life away and throw away my future. im including (the letter I wrote to the Judge nothing him that my speedy trial has been violated and im in custody illegally and its a HABEAS CORPUS.) Also I mentioned to the Judge to dismiss my cases or give me time served. His response was "mr Hussein you have councel, I cant do nothing for you!" I objected to the sanity Evaluation Peter Hedeen asked for because in all honesty He asked for it to mock me and abuse his authority' Therefore when he came to visit me this Past Tuesday march 25 2025 after almost a Year of no communication with him I asked him what the sanity Evaluation would do to contribute to help in my defense and he said just answer their Questions. I explained to him I know what competency to proceed was --- If I had knowledge of court procedures which He explained it to me himself furiously and angryly. This is the man who came to me on a visit "unPrepared" and sugested that I basically gamble my life away to him. so therefore I Put in a motion to the court (motion included) for objection of the sanity Evaluation and that I have been having Ineffective Assistance of councel for the Past 3 years ---

"D statement of claims    Page 7

with an Error from the court; I have been neglected and its an unexcusable mistake / neglect and an error from the courts, Councel, and the state of the people of colorado for having me in custody against my will.

Date   03-30-2025                    Yussuf A Hussein

Page 1 → "1) Statement of Claims"

"the letter that I sent to Judge shockely"

May 23rd 2024 Thursday.

Yussuf A Hussein
case# 2020 CR 3963
case# 2020 CR 5764
CD# 0000 833084
DOB: 01-01-1994
Adress Po. Box 1108
Denver Co  80204

Dear Judge shockley my name is Yussuf Abdikhadir Hussein. I was born in Somalia but my family moved to Kenya as refujees after war broke out in Somalia. my Parents died in a Land mine and my sister raised me and was legal Guardian. I didn't come to find out about that till later in my life when I was graduating High school. This made me a different person because my legal Guardian was who I thought to be my mother. I have developed Symptoms of mental health diagnosis such as depression, Tiredness, Trauma and PTSD.

I went to collage for two semesters at the community collage of Denver (CCD) studying general studies and I didnt know what field to Pursue in higher education Plus (FAFSA) financial aid denied me because they required of me Paperwork of deceased Parents birth certificates that I didnt have. so I stoped collage and started working at a car rental bussiness. I was doing good and had employment for myself but that didnt satisfy my needs because I had big dreams of becoming somebody who is impactfull in society and making differences in my community. this has given me a lot of stress.

In High School i was a Grade A student untill my Junior year. and in my senior year I was mostly a Grade B student and some C's that is because my sister was working and I needed to be home early so I can pick up my niece and Nephews that were in Fairview Elementary. so I would leave school a little bit early because I was the legal Guardian for them besides Kheiro who is my sister and mother of my niece and Nephews so social services wont take the kids and break our family apart.

In the year 2016 I became homeless because of fear that our family would get evicted from the lease at Denver Housing Authority (DHA) low income housing) because I got arrested and my sister was afraid to lose the low income housing that were given to us by (DHA). I started experiencing homelessness and began camping outside and I didn't like going to shelters because of my anxiety around others and I started having panic attacks. Later I started hearing voices and seeing shadows and Individuals I didn't know stalking me and knowing my identity and are able to read my thoughts.
I have became suicidal and have been hospitalized due to that.

While my incarceration, at this jail I opened up about my mental health and seeked treatments, I have had a good provider named Diane and a social worker named April ('please contact if needed) that helped me alot in here and that gave me the strength to identify my needs and how to get back on track with my life. In the time that I have been locked up, I made a good use of my time by working with mental health staff from Denver Health and engaged in the community of this jail that were also going through similar difficulties such as homelessness, drug problems and some with mental health illnesses.

In 2024 I got moved to the mental health step down unit pod 3B where I went to groups/classes voluntarily in order to better myself and educate myself so I can be healthy and successful upon my release and my re-entry back to the community. I have earned four certificates in this groups/classes. (certificates included) and increased my competencies and abilities and overcame my difficulties that were putting me in a darker place. (I couldn't include the other certificates the staff couldn't copy them because the copy machine was down)

2nd certificate: eight groups in the behavioral health stepdown unit.
3rd certificate: Values and Beliefs
4th certificate: Boundaries

I have been working with my Lawyers and I'm able to understand them in order to help me in my legal Proceedings. I have been neglected and discriminated against by Mark Burton. His behaviour was sour and unacceptable and he didn't suffice me in order to help me with my cases. Instead he made fun of my faith ie religion (ISLAM) and said to me in 2023 that he "Enslaved me"

Mark Burton violated my rights as a Human Being as well as violated my speedy trial rights by just asking for continuances that I didn't need nor understand. He refused to respect and value my time and my past competency evaluation that I did with DR Raskin. He would just say to me the few times he visited me in custody that all that meant was I was competent to proceed. That is a Lie your Honor I was working on bettering myself by getting therapy and understanding that I have a mental health diagnosis. I overcame all the odds of that. In addition Mark Burton asked for another evaluation after the whole year of 2022 has passed Without him doing anything in my defense or assistance and I objected to that if you can remember.

Mark Burton has ruined my life and wasted my time. My speedy trial has been tolled for no reasons and he asked for that last minute evaluation just to keep me in custody illegally. Why would he evaluate me despite having DR Raskin, DR Girim and the many more evaluations I did in the Past. He was unacceptable and rude towards me and he just kept me in custody without my will. Your Honor This is **HABEUS CORPUS** and I urge you to dismiss this cases.

It is my right to have a speedy trial and I was refused one. Peter headleen also did the same thing to me. He never answered my Phone calls and basically he belittled me for six months. And he has came to ~~the~~ the holding tank and just asked you to grant him permission to do a competency evaluation and he did not even come inside the court room he just appeared virtually. I find that disrespectful and annoying.

I told "Peter Heedeen that I didn't have a immigration hold, I went to court for that and other little cases mostly misdemeanors and everything got taken care of. Once again my Trial Timeline has not been met and got violated and tolled. Judge none of these Lawyers are working for me or working with me. I have been Incarcerated since the year 2020 and it is 2024 now. I don't have a immigration hold and I never did. I told mark Burton that. I had the Public defender email him the Paperwork. So it seemed to me that he only cared about collecting his Paychecks and not about me as you can call it his CLIENT.

Your Honor I'm being held in custody here illegally so I MOTION for you to dismiss this casses or give me time served for both cases. I would also benefit from Sober House Living arrangements that I have made In here through Second Chance or sentence me towards a Program of my choice. I'm willing to work with the Brain Injury Alliance of Colorado (BIAC) to my benefit. my case manager's name is Jack Storti. His Phone number is 720-534-2061 or send me to a drug treatment Programs so I can carry out my plans that I have made in here. That is to get a bussiness degree In school and study Electricity. I want to become a Solar Energy Epicialist and open up my own bussiness/company called GRACIOUS ENERGY.

I have been reflecting on my Past and I came to understand that I was young and did everything the right way. Except for little mistakes and setbacks and that shouldn't stop me from being a successful Individual. one that would make a difference in people's lives and Impact Society in a Gracious way please understand that I have used my time in here wisely and I have benefited from the reflection I did upon my Past that I wouldn't have been able to do in the streets as a homeless person.

I have made an outline of my future and I own a multi million dollar bussiness that will make a change in the world and a difference in people's lives as well as mine. please You Honor I need a Judgement Of Dismisal from you. You might or should be able to understand now, That I have entered my arraignment Pleas in the year 2021 and it is 2024 now. that is more than 180 days. Please dismiss my cases or sentence me towards out Patient Programs so I can go back to school and Provide for myself. Thank You for listening you Honor....

Sincerely, MR Hussein

"G Request for Relief."                    Page 1

I already have/had my outline for the bussiness, its a multi-million dollar bussiness/company that will change my life and make a big difference to society in reducing cost of electricity per households.

This time I have lost due to Incarceration from error made by the court, appointed council of the state and Judge darryl is unaccounted for. four (4) straight years and nine (9) months is a long time. one can finish/Graduate from collage and be successful in life. I have been In custody this whole time while asking The COURT/The state of colorado criminal Justice to give me my speedy trial which should've been in 6 months. 4 years and 9 months of unaccounted time for, I would have established for myself a successful career of my choice. (CDL) and would have had assets grossing half a million or more.

Therefore im asking the court for Relief. (FACT) The Rule states 180 days after arraignment, case should be dismissed. So first I want the court to grant me relief of money Equivalent to (for) my unaccounted time of 4 years and 9 months for both 20cr3963 and 20cr5764. As I mentioned how I would have established Jobs (careers). It is the error of the court and the STATE OF COLORADO. I have submitted a Writ of Habeas Corpus on this date 10-29-2024 to the court and a motion of Ineffective Assistance of council dated 10-21-2024 concerning Peter Hedeen, attorney at law. I included a copy of both writ of Habeas corpus and motion for Ineffective Assistance of council that this is all facts. "See Attached continued"

"G Request for Relief"                                    Page 2

Please assign a case number and appoint me a lawyer and a Jury trial as soon as Possible, The district court of Colorado, the council appointed by the state and the Denver Sheriff Department all contributed to my illegal Detainment. I have grieved to the (DDC) Denver Detention center via a Grievance form stating to them my Incarceration at this Jail is illegal and I should be (Demanding) to be released As soon as Possible. The Denver Sheriff's Department sent me a signed form saying "Judicial Proceedings or decisions of the court are not grievable!" (This is included in this complaint)

So i'm asking the court to release me out of (DDC) Denver Downtown Detention center immediately and also to Grant me Relief money the equivalent sum for four (4) years and nine (9) months. In calculation this is approximately (9) nine years county time and speedy trial only takes (6) six months. For I have been asking to have my speedy trial this whole time of my Incarceration.

Yussuf AbdiKhadir Hussein

Date   03-30-2025

Reciept of Ineffective Assistance of council motion.
"D Statement of claims"

| | |
|---|---|
| ☐ Supreme Court ☐ Court of Appeals ☐ Denver Juvenile Court<br>☐ Denver Probate Court ☐ County Court ☒ District Court<br>_____ County, Colorado  Denver  5C<br>Court Address:<br>520 W colfax ave Denver Co 80204<br>Plaintiff(s)/Petitioner(s)  The People of the State of<br>Colorado.<br>v.<br>Defendant(s)/Respondent(s)  Yussuf A Hussein | **COURT USE ONLY** ▲ ▲ |
| Attorney or Party Without Attorney (Name and Address): Yussuf A Hussein<br>Ineffective<br>Assistance of council  PO BOX 1108 Denver Co<br>80201<br>Phone Number: ~~~~~  E-mail:<br>FAX Number:  Atty. Reg. #: | Case Number:<br>20cr3963<br>20 cr 5764<br>Division    Courtroom  5C |

**MOTION TO** Ineffective Assistance of council.

For the following reasons: (cite any applicable law)

My attorney peter Hedeen doesn't fight my case zeglously. I have zero to little communication with him. He was assigned to my case in the year 2023 September. He has only came to see me twice since I've been here. He never answered a phone call from me and lied to me about my Paliminary hearing. He lies to me and his actions proved to me he doesn't care about me.

I request the Court to:

I request the court to give me a different attorney as soon as possible

Dated: 10/4/24

Yussuf Hussein
☒ Petitioner/Plaintiff OR ☐ Respondent/Defendant
PO Box 1108
Address
Denver Co 80201
City, State and Zip Code
N/A
Telephone Number (Home)          (Work)

**CERTIFICATE OF MAILING**

I certify that on 10-21-24 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this **MOTION TO** Ineffective Assistance of council was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: Judge shockly

_____
_____
_____
_____

X Yussuf
☒ Petitioner/Plaintiff OR ☐ Respondent/Defendant

JDF 76  5/02   MOTION TO

*D Statement of Claims* eceipt of motion to objection of sanity Evaluation.

| | |
|---|---|
| ☐ Supreme Court ☐ Court of Appeals ☐ Denver Juvenile Court<br>☐ Denver Probate Court ☐ County Court ☒ District Court<br>Denver _____ County, Colorado<br>Court Address: 520 W Colfax Ave Denver Co 80204<br><br>Plaintiff(s)/Petitioner(s) Yussuf Abdikhadir Hussein<br><br>v.<br><br>Defendant(s)/Respondent(s) | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Ineffective Assistance of councel.<br><br>Phone Number:          E-mail:<br>FAX Number:          Atty. Reg. #: | Case Number:<br>20Cr 3963<br>20 cr 5764<br>Division     Courtroom  5C |

**MOTION TO** Object Sanity Evaluation

For the following reasons: (cite any applicable law)

im objecting to this sanity Evaluation, the Judge Granted it with my objection. There is no need for it. I'm being mocked and discriminated against by peter Hedeen. under the notice of Americans with disabilities Act in accordance with title II of the Americans with disabilities Act of 1990.

I request the Court to:

I request the court to Grant my objection and hold Peter Hedeen responsible for violating my constitutional Rights. ie my speedy trial rights by refusing to look at my past Evaluations in order to assist in my defense for my cases

Dated: 03-25-2025

☒ Petitioner/Plaintiff OR ☐ Respondent/Defendant

Yussuf A Hussein

Po. Box 1108
**Address**
Denver Co 80204
**City, State and Zip Code**
N/A
**Telephone Number (Home)          (Work)**

**CERTIFICATE OF MAILING**

I certify that on 03-25-2025 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this **MOTION TO** Object Sanity Evaluation was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: 520 W Colfax ave Denver Co 80204

_____
_____
_____
_____
_____

Yussuf

☒ Petitioner/Plaintiff OR ☐ Respondent/Defendant

JDF 76  5/02   MOTION TO

**E.     PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✗ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    _____

Docket number and court:                    _____

Claims raised:                              _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:        _____

Result on appeal, if appealed:              _____

**F.     ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

            ✗ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

            ✗ Yes ___ No (*check one*)

5

HUSSEIN, HUSSEIN (Administratio Exhaution )

CD# 833089

18 284642

3D-101-06

## DENVER SHERIFF DEPARTMENT
## INMATE GRIEVANCE FORM
### (Formulario de queja)

Time stamp – Do not write in this area

DSD DDC GRIEVANCES
JUL 12 2024 AM 4:47

NAME: Yusuf Abdinasir Hussein    CD#: 0000833089    LOCATION: 3D
(Nombre)                                                      (Ubicación)

DATE AND TIME OF INCIDENT: 2020- 2024/
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: _____
(Declaración detallando el acto o condición que da lugar a la queja)

SPECIFIC REMEDY SOUGHT: _____
(Remedio específico inquirido)

STAFF MEMBER ANSWER: _____         Declined
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING         BADGE # / CIVILIAN #              DATE OF RESPONSE
(Contestador miembro del personal)    (Número de placa / insignia / Número de empleado civil)    (Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: _____    INMATE'S SIGNATURE: _____
(Fecha de envío)
RECEIVED BY: _____ Received by GIRT ____    DATE RECEIVED: _____
(Recibido por)         Print Name         Badge # / Civilian #    (Fecha recibida)

ASSIGNED TO: DECLINED                    DATE: 7-12-2024
(Asignado a)   JUDICIAL PROCEEDINGS OR DECISIONS OF   (Fecha)
              THE COURT ARE NOT GRIEVABLE

DSD 2015    COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

*( Administrative Exhaustion )*



**SHERIFF
DEPARTMENT**
DENVER PUBLIC SAFETY

To: Inmate Hussein, Yussuf          CD# 833089
From:  Sgt. Moore
Date:   07/12/2024
Grievance # 18 284642
Location: 3D-101-06

Inmate Hussein,

In response to your grievance, currently it does not meet the defined criteria for submitting a grievance per agency guidelines. Your grievance has been declined due to the following:

☐ Duplicate grievance.
☐ Actions of the Governor or State Legislature are not grievable.
☐ Decisions of the board of Parole or Probation are not grievable.
☒ Judicial proceedings or decisions of the Court are not grievable.
☐ Complaints against other Law Enforcement Jurisdictions
☐ Obscene language or sexual connotations, (other than direct quotes)
☐ Use of derogatory or disrespectful language due to an individual's race, age, disability, ethnicity, religion, gender, citizenship, or sexual orientation
☐ Group grievances (general grievances must be filed by individuals)
☐ Incomplete information (name, CD #, date/time and location must be filled in for general grievances)
☐ Filed outside of 10 calendar days of the event giving rise to the general grievance.
☐ Indistinguishable grievance (Unreadable/not legible/Not understandable)
☐ General grievances submitted on the behalf of other inmates.
☐ Grievances containing more than one issue (Inmates must file separate general grievances for separate issues) Please re-write your grievance listing only one request per grievance.
☐ Filing an administrative appeal related to a disciplinary decision (Appeals follow the discipline appeal process as outlined in the inmate handbook) Your appeals process has been exhausted.
☐ Appeal filed outside the allotted 10 days. This concludes the appeal process for this grievance.
☐ Biohazard material
☐ Not Grievable.

Sincerely,
Sgt. Moore S97039

CAPTAIN H.G. MINTER S95006
Captain / Staff
Determining Finding: _____   Date: __7/21/24__   Finding: __Declined__

*Receipt of Habeas Corpus writ*    *"A Request for Relief"*

District/County/Municipal Court, **Denver** County

Case No. **20cr 3963, 20cr5764**

---

## Application for Writ of Habeas Corpus Ad Prosequendum

---

**THE PEOPLE OF THE STATE OF COLORADO, Plaintiff**

**Vs.**

**Yussuf Abdikhadir Hussein**, **Defendant**

---

COMES NOW, the Defendant and respectfully applies to the Court to issue a Writ of Habeas Corpus Ad Prosequendum, to the Sheriff of **Denver** County and the Sheriff of this County, to bring the body of the above-named defendant before the Court for a disposition of the above-named action, and in support thereof states as follows:

3. That the Defendant requests final disposition of the untried information/complaint in the above entitled action; and,

4. That the Defendant is presently incarcerated in the Denver Detention Center, Denver Colorado.

WHEREFORE, your Defendant requests that the Writ of Habeas Corpus issue.

Respectfully submitted,

**Yussuf A Hussein**
Defendant

**10/29/2024**
Date

Cc: Prosecuting Attorney

~ 3 ~

Reciept of Habeas Corpus Writ "G request for Relief"

(District)/County/Municipal Court, _Denver_____ County

Case No. _20cr 3963, 20cr5764_____

---

## Application for Writ of Habeas Corpus Ad Prosequendum

---

**THE PEOPLE OF THE STATE OF COLORADO, Plaintiff**

**Vs.**

_Yussuf Abdikhadir Hussein_____, **Defendant**

---

COMES NOW, the Defendant and respectfully applies to the Court to issue a Writ of Habeas Corpus Ad Prosequendum, to the Sheriff of _Denver_____ County and the Sheriff of this County, to bring the body of the above-named defendant before the Court for a disposition of the above-named action, and in support thereof states as follows:

1. That the Defendant requests final disposition of the untried information/complaint in the above entitled action; and,

2. That the Defendant is presently incarcerated in the Denver Detention Center, Denver Colorado.

   WHEREFORE, your Defendant requests that the Writ of Habeas Corpus issue.

Respectfully submitted,

_Yussuf A Hussein_____
Defendant

_10/29/2024_____
Date

Cc: Prosecuting Attorney

~ 2 ~

*for Receipt of Habeas Corpus Writ   "a request for relief"*

District/County/Municipal Court, _____County

Case No._____

---

# Application for Writ of Habeas Corpus Ad Prosequendum

---

**THE PEOPLE OF THE STATE OF COLORADO, Plaintiff**

**Vs.**

_____, **Defendant**

---

COMES NOW, the Defendant and respectfully applies to the Court to issue a Writ of Habeas Corpus Ad Prosequendum, to the Sheriff of _____ County and the Sheriff of this County, to bring the body of the above-named defendant before the Court for a disposition of the above-named action, and in support thereof states as follows:

5. That the Defendant requests final disposition of the untried information/complaint in the above entitled action; and,

6. That the Defendant is presently incarcerated in the Denver Detention Center, Denver Colorado.

   WHEREFORE, your Defendant requests that the Writ of Habeas Corpus issue.

Respectfully submitted,

_____
Defendant

_____
Date

Cc: Prosecuting Attorney

*Reciept of Habeas Corpus Writ "G Request for Relief"*

District/County/Municipal Court, _____ County

Case No. _____

---

## Writ of Habeas Corpus Ad Prosequendum

---

THE PEOPLE OF THE STATE OF COLORADO, Plaintiff

Vs.

_____, Defendant

---

GREETINGS TO the Sheriff of Denver County, and,
            TO _____,

        WE COMMAND YOU, that you, without cause or delay, bring or cause to be brought before this Court, the defendant in the above criminal action for
_____
on the _____ day of _____, 20___, at the hour of _____.M., and,

        WE FURTHURE COMMAND YOU to keep the defendant in custody until the final disposition of this action on the above date or until such time as the Court may direct, then to return the defendant to the custody of _____.

        ISSUED by the Clerk in accordance with the order of the Court.

Dated this _____ day of _____, 20____.        BY THE COURT:


_____
Judge

### RETURN

        I hereby certify that I transported the defendant to this Court to appear in the above action on this _____ day of _____, 20____.


_____

_____
Title

Reciept of Habeas Corpus wnt "& request for relief"

| | |
|---|---|
| ☐ Supreme Court  ☐ Court of Appeals  ☐ Denver Juvenile Court<br>☐ Denver Probate Court  ☐ County Court  ☒ District Court<br>__Denver_____ County, Colorado  5C<br>Court Address:<br>520 W colfax ave Denver Co 80204<br><br>Plaintiff(s)/Petitioner(s) The People of the State of<br>Colorado<br>v.<br><br>Defendant(s)/Respondent(s) Yussuf A Hussein | ▲  ▲<br>COURT USE ONLY |
| Attorney or Party Without Attorney (Name and Address):<br>Ineffective  Yussuf A Hussein<br>Assistance of counsel  Po. Box 1108 Denver Co<br>Phone Number: need hearing  80201<br>FAX Number:        E-mail:<br>          Atty. Reg. #: | Case Number:<br>20Cr3963<br>20Cr5764<br>Division    Courtroom 5C |
| MOTION TO Habeas Corpus writ | |

For the following reasons: (cite any applicable law)
I have been locked up since october 1st 2020; I havent missed a single
court date my attorneys violated my speedy trials multiple times. I have been
asking the court to set my trial every time but he didnt pay no mind to
my objections and my attorney's has neglected me. This is an unexuable
neglect.

I request the Court to:
To bring me infront of a Judge as soon as Possible so I
can be heard and express my complaints.

Dated: 10/29/2024

Yussuf A Hussein
☒ Petitioner/Plaintiff  OR  ☐ Respondent/Defendant
Po. Box 1108
Address
Denver Co 80201
City, State and Zip Code
N/A
Telephone Number (Home)        (Work)

**CERTIFICATE OF MAILING**

I certify that on 10/29/2024 _____ (date) the original of this Motion was filed with the Court; and a true and accurate
copy of this **MOTION TO** Habeas Corpus writ ____ was served on the other party(ies) by placing it in the United
States mail, postage pre-paid and addressed to the following: Darryl shockley courtroom 5 C

_____
_____
_____
_____
_____

Yussuf
☒ Petitioner/Plaintiff  OR  ☐ Respondent/Defendant

JDF 76  5/02  MOTION TO

I hereby certify that a copy of the foregoing pleading / document was mailed to **Mark Burton,** And Peter Hedeen at their addresses below.

Mark Burton. Attorney at law
Address 1175 osage st
suite 210 Denver Colorado 80204


Peter Hedeen attorney at law
2373 Central Park Blvd
suite 100 Denver Colorado 80238


On 03/30/ 2025



Yussuf A Hussein.
Plantiff's Original signature